# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR114** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MATTHEW SCHOECH,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Matthew Schoech (Schoech) for an order directing Pretrial Services to obtain a substance abuse evaluation of the defendant (Filing No. 19). The motion is granted and Pretrial Services is directed to obtain a substance abuse evaluation of Schoech and provide a copy to the court and counsel.

**IT IS SO ORDERED.**

DATED this 20th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge