# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR114** |
| **Plaintiff,** | ) ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| **MATTHEW SCHOECH,** | ) ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 51 be stricken from the record for the following reason:

( X )   Document showing on co-defendant's docket.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 51 from the record.   Clerk shall re-file the document.

DATED this 6th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge